**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN RE SUBPOENA TO PASQUALE ANTHONY CIPOLLONE**

*UNDERLYING ACTION:*

PRESIDENT DONALD J. TRUMP, in his individual capacity,

Plaintiff,

v.

BRITISH BROADCASTING CORPORATION, *et al.*,

Defendant.

Case No. 1:25-CV-25894-RKA (S.D. Fla.)

Case: 1:26–mc–00142
Assigned To : Boasberg, James E.
Assign. Date : 10/9/2026
Description: Misc.

Misc. No. ___________

**MOTION TO QUASH SUBPOENA TO PASQUALE ANTHONY CIPOLLONE**

Pursuant to Federal Rule of Civil Procedure 45(d)(3)(A), the United States respectfully moves this Court for an order quashing the subpoena issued to Pasquale Anthony Cipollone on August 12, 2026, in connection with *Trump v. British Broadcasting Corporation* ("*Trump v. BBC*"), No. 1:25-cv-25894 (S.D. Fla. Dec. 15, 2025). The Motion is based on the attached Memorandum in Support and exhibits.

Dated: October 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

RECEIVED
OCT 09 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

ALEXANDER HAAS
Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Deputy Director, Affirmative Section
Enforcement and Affirmative Litigation

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorney for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, a copy of the Motion to Quash, Memorandum in Support, attached exhibits, and proposed order were sent via email to counsel for the British Broadcasting Corporation:

**Charles David Tobin**
BALLARD SPAHR LLP
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299
Email: tobinc@ballardspahr.com
*Counsel for British Broadcasting Corporation*

/s/ *Pardis Gheibi*